Opinion filed March 9, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed March 9, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00363-CR 

                                                    __________

 

                                  JOSE ANTONIO TOVAR, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 27th District Court

 

                                                            Bell
County, Texas

 

                                                    Trial
Court Cause No. 56540

 



 

                                                                   O
P I N I O N

Jose Antonio Tovar has filed in this court a
motion to dismiss his appeal.  In his
motion, he states that he has entered into plea bargain agreements in two
companion cases to this cause and that the terms of the plea bargains require
that he request the dismissal of this appeal. 
He also requests that the mandate be expedited in this case.  The motion is signed by both appellant and his
attorney.

The motion is granted, and the appeal is
dismissed.

 

March 9,
2006                                                 PER
CURIAM

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.